UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH WILLIAMS, JR., | ) Case No. EDCV 10-0370-GHK(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| J. SCHOMIG, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE:  8/20/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

R&Rs\10-0370.jud
7/2/10